443 A.2d 373

Commonwealth v. Moore, Appellant.

Petition for Allowance of Appeal Denied June 25, 1982.

 Submitted February 17, 1981.
George F. Schoener, Jr., for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.